Judge Ronald B. Leighton

```
_____ FILED  _____ LODGED
                _____ RECEIVED

            MAY 27 2015

          CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER MROWCA, et al.

Defendants.

NO. CR14-5348RBL

[PROPOSED]
**STIPULATED PRELIMINARY
ORDER OF FORFEITURE**

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and based upon the guilty plea of Defendant CHRISTOPHER MROWCA (hereinafter, "Defendant") to *Conspiracy to Commit Securities Fraud*, as charged in Count One of the Indictment, in violation of Title 18, United States Code, Section 371, and upon the Plea Agreement filed in this matter between Defendant and the United States, in which Defendant agreed to the forfeiture of the property described below, it is hereby:

ORDERED, ADJUDGED, and DECREED that, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), Defendant's interest in the following property is hereby forfeited to the United States of America:

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1.      A money judgment in the amount of $244,719.00, which represents proceeds obtained as a result of the offense charged in Count One of the Indictment, to be paid by Defendant prior to sentencing.[1]

The Court finds that the above-described property is subject to forfeiture as property that constitutes or was derived from proceeds traceable to the offense charged in Count One of the Indictment, or constitutes substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c).

IT IS FURTHER ORDERED that the United States Marshals Service and/or its authorized agents or representatives shall seize the property described above, and maintain said property in its custody and control until further order of this Court, or until this Order becomes final pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that, pursuant to Title 21, United States Code, Section 853(n), the United States shall publish notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of the property in accordance with law. The notice shall state that any person, other than Defendant, having or claiming a legal interest in the above-described property must file a petition with the Court within sixty (60) days of the first day of publication of notice (which is thirty (30) days from the last day of publication) on an official internet government forfeiture website, currently www.forfeiture.gov, or within thirty (30) days of receipt of actual notice, whichever is earlier.

The notice shall advise such interested person that:

1.      The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in such property;

2.      The petition shall be signed by the petitioner under penalty of perjury; and

---

[1] As stated in the Plea Agreement, if Defendant satisfies the money judgment prior to sentencing the United States agrees to return the 2013 BMW 550xi bearing VIN #WBAFU9C56DDY70857, and all non-contraband evidence, including precious metals and cash.

STIPULATED PRELIMINARY ORDER OF FORFEITURE - 2
*U.S. v. Christopher Mrowca, et al.*, Case No. CR14-5348RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

3.    The petition shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property.

The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States shall also, to the extent possible, provide direct written notice as a substitute for published notice to any person known to have an alleged interest in the above-described property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of any third-party claims, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853, in which all such claims will be addressed.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture as provided by Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that after the disposition of any motion filed under Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure, and before a hearing on any third-party petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at of the time of sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, pursuant to Rule 32.2(e), move to amend this Order of Forfeiture to substitute property having a

STIPULATED PRELIMINARY ORDER OF FORFEITURE - 3
*U.S. v. Christopher Mrowca, et al.*, Case No. CR14-5348RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   value not to exceed $244,719.00 to satisfy the money judgment in whole or in part,

2   toward the $244,719.00 forfeiture money judgment.

3        IT IS FURTHER ORDERED that the United States shall have clear title to the

4   above-described property following the Court's disposition of all third-party interests, or,

5   if none, following the expiration of the period provided in Title 21, United States Code,

6   Section 853(n) for the filing of third-party petitions.

7   ///

8   ///

9   ///

10  ///

11  ///

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED PRELIMINARY ORDER OF FORFEITURE - 4
*U.S. v. Christopher Mrowca, et al.*, Case No. CR14-5348RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this

2   Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of

3   Criminal Procedure. The Clerk is directed to send a copy of this Preliminary Order of

4   Forfeiture to all counsel of record.

5    IT IS SO ORDERED.

6    DATED this _____27ᵗʰ_____ day of May, 2015.

7

8

9   RONALD B. LEIGHTON
    United States District Judge

10

11  Presented by:

12   s/ Matthew H. Thomas
13  MATTHEW H. THOMAS
    Assistant United States Attorney
14  United States Attorney's Office

15

16   s/ Justin W. Arnold
    JUSTIN W. ARNOLD
17  Assistant United States Attorney
    United States Attorney's Office
18

19   s/ Robert G. Chadwell
    ROBERT G. CHADWELL
20  McKay Chadwell
21  Attorneys for Defendant Christopher Mrowca

22

23

24

25

26

27

28

STIPULATED PRELIMINARY ORDER OF FORFEITURE - 5
*U.S. v. Christopher Mrowca, et al.*, Case No. CR14-5348RBL